IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY JACKSON SEELEY,

     Plaintiff,                   No. CIV S-04-1800 DFL CMK P

    vs.

TERESA A. SCHWARTZ, et al.,

     Defendants.          ORDER

_____/

        On July 14, 2005, plaintiff filed a letter. The letter was not served on defendants. Plaintiff is again advised[1] that every document submitted to the court for consideration must be served on defendants. Fed. R. Civ. P. 5. Documents not to be served electronically are usually served by placing a copy in the U.S. mail.

        To comply with the service requirement, plaintiff must file his original document along with a proof of service, stating the date an accurate copy of the document was mailed to defendants and the address to which it was mailed. See Local Rule 5-135(b) and (c). Plaintiff must file a copy of his document only if his original document exceeds twenty-five pages.

---

[1] Plaintiff was cautioned on June 24, 2005 that he was required to properly serve all documents which he submitted to the court for consideration. (Doc. 42.)

1
2    Accordingly, IT IS HEREBY ORDERED that plaintiff's July 14, 2005 letter shall
3 be placed in the court file and disregarded.  Plaintiff is cautioned that failure to serve any
4 documents subsequently filed in this action properly, and failure to include a proper certificate of
5 service with such filing, may result in a recommendation that this action be dismissed.
6
7 DATED: July 21, 2005.
8
9                                         _____
     **CRAIG M. KELLISON**
10    UNITED STATES MAGISTRATE JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26