IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Timothy Jackson Seeley

     Plaintiff,                      No. CIV S-04-1800 DFL CMK P

     vs.

Theresa A. Schwartz, et al.,

     Defendants.

_____/     ORDER

     Plaintiff has filed a "Motion for Leave from the Court in Ordering the Attorney Generals Office to use Plaintiffs Correct Mailing Address."  Plaintiff's address of record is PO Box 2500, Vacaville, CA 95696-2500.

     IT IS ORDERED THAT all parties involved in this action are to use plaintiff's address of record for all correspondence in this action.

DATED:  August 8, 2005.

                                  **CRAIG M. KELLISON**
                                  UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26