1   BILL LOCKYER
    Attorney General of the State of California
2   JAMES M. HUMES
    Chief Assistant Attorney General
3   FRANCES T. GRUNDER
    Senior Assistant Attorney General
4   DAVID A. CARRASCO
    Supervising Deputy Attorney General
5   BARBARA A. MORRIS, State Bar No. 137680
    Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone:  (916) 322-3870
8    Fax:  (916) 324-5205

9   Attorneys for Defendants Cowan, Schwartz, Cry,
    Norris and Cullen
10  48149286 SA2005300092

11

12                  IN THE UNITED STATES DISTRICT COURT

13                 FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15
    **TIMOTHY JACKSON SEELEY,**              CASE NO. CIV-S-04-1800 DFL CMK P
16
                                Plaintiff,    **ORDER**
17
           v.
18
    **TERESA A. SCHWARTZ, et al. ,**
19
                               Defendants.
20

21

22          Currently before the court is defendants' request for a protective order staying

23  discovery until the court has ruled on the pending motion to dismiss or, in the alternative, a thirty

24  (30) day extension for Defendant Cry to respond to plaintiff's discovery requests.  Upon

25  consideration by this court and good cause appearing,

26  / / /

27  / / /

28  / / /

                                    1

1          IT IS HEREBY ORDERED that Defendants motion for a protective order staying

2  discovery pending the court's ruling on their motion to dismiss is granted.

3  Dated: August 8, 2005

4

5                              /s/   **CRAIG M. KELLISON**
                               Craig M. Kellison
6                              UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28