IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TIMOTHY JACKSON SEELEY,** | CIV-S-04-1800 DFL CMK P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS AN EXTENSION OF TIME TO FILE OPPOSITION BRIEF** |
| v. | |
| **TERESA A. SCHWARTZ, et al.,** | |
| Defendants. | |

Currently before the court is defendants' request for an extension of time in which to file an opposition to plaintiff's motion for leave to file an amended complaint.

**IT IS HEREBY ORDERED THAT**: good cause having been shown, Defendants shall have up to and including January 13, 2006, in which to file and serve an opposition to Plaintiff's motion for leave to file an amended complaint.

DATED:  December 16, 2005.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE