1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TIMOTHY JACKSON SEELEY

11          Plaintiff,                    No. CIV S-04-1800 DFL CMK P

12      vs.

13   TERSEA A. SCHWARTZ, et al.,

14          Defendants.

15   _____/        ORDER

16          Plaintiff, a state prisoner proceeding in forma pauperis and without counsel,

17   brings this action against defendants alleging  violations of his First Amendment rights and of

18   his statutory rights under the Religious Land Use and Institutionalized Persons Act (RLUIPA).

19   Currently before the court is defendants' "Request for Judicial Notice of Complaint Plaintiff

20   Served on Defendants."  (Doc. 93).

21          On March 10, 2005, the court granted plaintiff's motion to file an amended

22   complaint, and directed the clerk to file the proposed amended complaint submitted by plaintiff

23   on March 7, 2005.  The March 7, 2005 complaint was fifteen pages long.  In the March 10, 2005

24   order, the court directed the Clerk of the Court to send plaintiff, among other things, USM-285

25   ///

26   ///

forms and a copy of the March 7, 2005 amended complaint.  Plaintiff was to complete the forms and return the forms and copies of the complaint to the court for service.  Plaintiff submitted the documents on March 21, 2005.

The complaint which plaintiff submitted for service and which was served on defendants was the March 7, 2005 fifteen page amended complaint plus an additional eighty-one pages of attachments.  Defendants have now submitted the compliant and the attachments which were served on them and have requested judicial notice.

Pursuant to Rule 201 of the Federal Rules of Civil Procedure, the court takes judicial notice of the complaint which was served on defendants.  Further, the court finds that the complaint served on defendants is the operative complaint in this proceeding.

Accordingly, IT IS ORDERED that:

1.  The defendants' request for judicial notice is granted;

2.  The complaint served on defendants is the operative complaint in this action; and

3..  The Clerk of the Court is directed to file the complaint which was served on defendants, which is attached to Defendants' Request for Judicial Notice of the Complaint Plaintiff Served on Defendants" (doc. 93) as exhibit 1, parts A and B.


DATED:   February 9, 2006.


CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26