IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY JACKSON SEELEY,

    Plaintiff,

    v.

THERESA A. SCHWARTZ, et al.,

    Defendants.

No. CIV S-04-1800 DFL CMK P

ORDER

    Plaintiff has requested an extension of time to file and serve objections to the March 6, 2006 findings and recommendations.  Good cause appearing, it is hereby ordered that:

    1.  Plaintiff's March 15, 2006 request for an extension of time is granted in part; and

    2.  Plaintiff has until Thursday, March 30, 2006 to file and serve objections to the March 6, 2006 findings and recommendations.

/////

1    IT IS SO ORDERED.

2   Dated: 3/22/2006

3

4

5                                              _____

6                                              DAVID F. LEVI
                                               United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26