IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY JACKSON SEELEY,

    Plaintiff,                    No. CIV S-04-1800 DFL CMK P

    vs.

TERESA A. SCHWARTZ, et al.,

    Defendants.

_____/      ORDER

        Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983. This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). On March 27, 2006, plaintiff filed "Plaintiff's Motion for Dual Justice." In his motion, plaintiff asks for "'consideration' treatment for all parties involved, concerning motions, rulings, hearings, and notifications."

        Plaintiff seeks no relief in his action. Accordingly, IT IS ORDERED THAT plaintiff's motion for "Dual Justice" (doc. 101) is denied.

DATED: March 29, 2006.

                                                  **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26