1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    TIMOTHY JACKSON SEELEY,

10        Plaintiff,

11        v.                                No. CIV S-04-1800 DFL CMK P

12   THERESA A. SCHWARTZ, et al.,                       ORDER

13        Defendants.

14

15        Plaintiff, a state prisoner proceeding pro se, has filed

16   this civil rights action seeking relief under 42 U.S.C. § 1983.

17   The matter was referred to a United States Magistrate Judge

18   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No.

19   262.

20        On March 7, 2006, the magistrate judge filed findings and

21   recommendations herein which were served on plaintiff and which

22   contained notice to plaintiff that any objections to the findings

23   and recommendations were to be filed within twenty days.

24   Plaintiff has not filed objections to the findings and

25

26

                                    1

recommendations.[1]

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations filed March 7, 2006, are adopted in full; and

2.    Defendant Cry's motion to dismiss is granted.

IT IS SO ORDERED.

Dated: 3/31/2006

_____

DAVID F. LEVI
United States District Judge

---

[1] On March 15, 2006, plaintiff requested an extension to file his objections.  The court granted his request in part and gave him until Thursday, March 30, to file objections.  Plaintiff did not file timely objections.