IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TIMOTHY JACKSON SEELEY,**<br><br>Plaintiff,<br><br>v.<br><br>**TERESA A. SCHWARTZ, et al.,**<br><br>Defendants. | Case No. 2:04-cv-1800-DFL-CMK (PC)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Fed. R. Civ. Proc. 41(b) |

On April 21, 2006, Plaintiff in Pro Per Timothy Seeley filed a motion for an order from the Court permitting him to voluntarily dismiss this action without prejudice. On April 24, 2006, Defendants filed a Statement of Non-Opposition to Plaintiff's motion.

Accordingly, the Court hereby **GRANTS** Plaintiff's motion pursuant to Federal Rules of Civil Procedure 41(b).

///

///

///

///

1

1 | **IT IS ORDERED** that Plaintiff's complaint is dismissed without prejudice.

3 | April 25, 2006

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

2