IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY JACKSON SEELEY,

      Plaintiff,                No. CIV S-04-1800 DFL CMK P

      vs.

TERESA A. SCHWARTZ, et al.,

      Defendants.        ORDER

_____/

On May 5, 2006, plaintiff filed a request to review his motion and information regarding his delayed mail delivery.  This civil rights action was closed on April 25, 2006. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.


DATED:   May 23, 2006.


                                   
                        **CRAIG M. KELLISON**
                        UNITED STATES MAGISTRATE JUDGE